# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| ACL Airshop, LLC, f/k/a Airline Container Leasing, LLC, *Plaintiff* <br> v. <br> Navitrans USA Incorporated, *Defendant* | Civil Action No.   6:18-cv-02953-DCC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff, ACL Airshop, LLC, recover from the defendant, Navitrans USA Incorporated, the amount of Four Hundred, Sixty-Five Thousand, Five Hundred and Seventy-Two dollars and 67/100 ($465,572.67), plus postjudgment interest at the rate of 2.02%, along with attorney's fees in the amount of Twelve Thousand, Two Hundred and Fifty dollars and 00/100 ($12,250.00), along with costs.

This action was *(check one)*:

☒ decided by the Honorable Donald C Coggins, Jr.

Date:   June 18, 2019                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                    s/Ashley Buckingham
                                                              *Signature of Clerk or Deputy Clerk*